# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARC WILLIAMS, | ) |
| | ) C.A. No. 1:21-cv-01489-MN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ODESSA FIRE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the parties hereby stipulate to dismiss all of the claims asserted and that could have been asserted in the plaintiff's complaint with prejudice without further fees or costs to any party, and with all rights of appeal waived.

**KATE BUTLER LAW LLC**  **RAWLE & HENDERSON LLP**

*/s/ Kate Butler*  */s/ Kara A. Hager*
Kate Butler, Esquire  Kara A. Hager, Esquire
1509 Gilpin Avenue, Suite 3  3 Mill Road, Suite 309
Wilmington, Delaware 19806  Wilmington, DE 19806
(302) 966-9994  (302) 778-1200
kate@katebutlerlaw.com  khager@rawle.com
*Attorney for Plaintiff*  *Attorney for Defendant*

**CICONTE WASSTERMAN & SCERBA, LLC**

*Adam F. Wasserman*
Adam F. Wasserman, Esquire
1300 King Street
Wilmington, DE 19801
(302) 658-7101
awasserman@cskdelaw.com
*Attorney for Plaintiff*

17415689-1